IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:00-CR-6-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN CHARLES RANNAZISI | ) | |

This matter is before the court on the government's Motion to Destroy Evidence [DE-54]. It appears to the court that during the investigation of this case, agents of the Federal Bureau of Investigation ("FBI") seized and used the following items:

1) a Taurus .38 caliber revolver, serial number 1008827;

2) an H&K 12-gauge shotgun, serial number 244418;

3) a Taurus .357 caliber revolver, serial number 1D132385;

4) a Taurus .44 caliber revolver, serial number RF653758;

5) a Beretta .22 caliber semi-automatic pistol, serial number C29742U;

6) a two-magazine, blue "P. Beretta" carrying case with cleaning tool inside case; and

7) a black carrying case.

It further appears to the court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ORDERED that the above described items be disposed of, or destroyed by agents of the FBI in accordance with regulations of the FBI.

SO ORDERED.

This, the 7 day of January, 2015.

                                             _James C. Fox_
                                             JAMES C. FOX
                                             Senior United States District Judge